IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-10001-CIV-MOORE

JEAN GOURGUE,

    Plaintiff,

v.

INDYMAC BANK, F.S.B., DOES 1-100 and
TRUSTEES 1-100,

    Defendants.
_____/

### ORDER ON MOTION TO SUBSTITUTE

THIS MATTER is before the Court upon the Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B.'s ("FDIC as Receiver") Unopposed Motion to Substitute FDIC as Receiver for IndyMac Bank, F.S.B. (dkt #5).

UPON CONSIDERATION of the Motion, the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. The Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. is hereby substituted as the real party in interest in the above-captioned cause in the place and stead of the former IndyMac Bank, F.S.B.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of February, 2009.

                                    K. MICHAEL MOORE
                                    UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record