IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 09-10001-CIV-MOORE

JEAN GOURGUE,

    Plaintiff,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR INDYMAC
BANK, F.S.B., DOES 1-100, and TRUSTEES 1-
100,

    Defendants.
_____/

## ORDER GRANTING FDIC AS RECEIVER'S UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING EXHAUSTION OF STATUTORILY MANDATED ADMINISTRATIVE REMEDIES

THIS MATTER is before the Court upon Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B.'s ("FDIC as Receiver") Unopposed Motion to Stay Proceedings Pending Exhaustion of Statutorily Mandated Administrative Remedies (dkt # 6).

UPON CONSIDERATION of the Motion, the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that FDIC as Receiver's Motion is GRANTED. It is further

ORDERED AND ADJUDGED that all proceedings in this lawsuit are hereby STAYED through and including the earlier of: (a) one-hundred eighty (180) days from the date Plaintiff files a claim with the FDIC as Receiver; or (b) ten (10) days from the date that the FDIC as Receiver tenders a final written determination upon Plaintiff's claim. The Clerk of Court is instructed to CLOSE this case for administrative purposes. All pending motions are DENIED

AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of February, 2009.

*[signature]*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record